USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS BOLLING,   :   18-cv-5406 (PGG) (RWL)

                Plaintiff,   :   **ORDER**

     - against -   :

CITY OF NEW YORK and P.O. MEYERS,   :

               Defendants.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the status conference held on March 19, 2020:

1. The deadline for Plaintiff to file a motion for leave to file an amended complaint is extended to May 6, 2020. (*See* Dkt. 37 (March 6, 2020 decision).)

2. By May 1, 2020, Defendant City of New York shall file a letter providing the service address for Officer Meyers.

3. On or after May 7, 2020, the Court will issue an order directing the U.S. Marshal to effect service on Officer Meyers.

4. Defendants are directed to serve a copy of this Order on *pro se* Plaintiff, Thomas Bolling.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2020
       New York, New York