UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas G. Bolling

Write the full name of each plaintiff.

-against-

The City of New York Police Department

EMS

Shannon Meyers

Peter Crane

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

18-CV-5406(UA)
(Include case number if one has been assigned)

**AMENDED COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[x] **Federal Question**

[ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The Fourth Amendment right, which protects people from unreasonable search and seizure.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ (Plaintiff's name), is a citizen of the State of _____ (State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Thomas | G. | Bolling |
|---|---|---|
| First Name | Middle Initial | Last Name |

40 West 135th Street Apt. 2A
Street Address

| New York | New York | 10037 |
|---|---|---|
| County, City | State | Zip Code |

| 3473733757 | thomas.clarrett@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Shannon | Meyers |
|---|---|
| First Name | Last Name |

Badge Number 3599 Narcotics Bureau
Current Job Title (or other identifying information)

1 Police Plaza, Room 1200
Current Work Address (or other address where defendant may be served)

| New York | New York | 10038 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Peter | Crane |
|---|---|
| First Name | Last Name |

Shield Number 29865, 32nd Precinct NYPD
Current Job Title (or other identifying information)

250 West 135th Street
Current Work Address (or other address where defendant may be served)

| New York | NY | 10030 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| City of New York | N/A |
|---|---|
| First Name | Last Name |

N/A
Current Job Title (or other identifying information)

N/A
Current Work Address (or other address where defendant may be served)

| New York | NY | 10030 |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Defendant 4: | EMS |
| | First Name          Last Name |
| | N/A |
| | Current Job Title (or other identifying information) |
| | N/A |
| | Current Work Address (or other address where defendant may be served) |
| | New York |
| | County, City          State          Zip Code |

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 133 Street & Lenox Avenue

Date(s) of occurrence: June 3, 2015

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. On June 3, 2015, I called an ambulance to take my then 88-year-old mother to Harlem Hospital, which was several blocks away for medical treatment. My mother had been displaying life threatening behavior as a result of what I believed to be symptoms caused by her medication or dementia. She has lived with me for the last five years and I remain her primary caretaker, power of attorney, and healthcare proxy.

2. Upon arrival, EMS services refuse to take her due to claims that her detention would be violating her right to autonomy.

3. EMS contacted the police, and I was asked by NYPD officers to ride in the ambulance with my mother in exchange for their concession to take her to the hospital.

4. I stated that I would prefer to meet my mother at the hospital. At that point, EMS services, once again, refused to take my mother to the hospital if I would not ride in the ambulance with them.

5. Defendant Meyers then asked to speak with me, requesting that I lower my voice as to not alert bystanders to the present situation. He then informed me that based on a third-party account, he had arrived specifically to detain me on the premise of racial profiling.

6. Defendant Meyer, then asked to speak with me, requesting that I lower my voice as to not alert bystanders to the present situation. He then informed me that based on a third-party account, he had arrived specifically to detain me on the premise of racial profiling, and not provide my mother assistance.

Page 5

7. Without being charged, I was placed in handcuffs by Defendant Meyer, and ushered into the back of an ambulance.

8. I did not resist arrest, nor did I try to escape despite being unsure of why the arrest was occurring. I was not issued a ticket, and my Miranda rights were not read.

9. At the time of the arrest, Officer Meyer claimed that Harlem Hospital "would not take" me, and for this reason, sent me to Mount Sinai to be placed in a cell.

10. In my wake, my mother was left without assistance, examination, or an investigation into her symptoms. EMS left her curbside to fend for herself despite having already displayed actions that were potentially life threatening.

11. Another officer, whose name is unknown, told hospital staff that I was "dangerous" and would not uncuff me to allow me to use the restroom. I am a 59-year-old black male with no record of violence at the time of the incident or prior. The hospital staff, however, dismissed these claims and freed me of my bindings to accommodate my needs. No bodily harm to hospital staff nor me ensued.

12. Three doctors arrived to evaluate my mental state. After thorough examination, they came to the unanimous decision that I was mentally fit.

13. I was released after being unlawfully detained for several hours.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

A. Monell Claim: It is my Fourth Amendment Right to not be subject to unwarranted search and seizure of my person. While the EMS refused to detain my mother for alleged fear of violating her right to autonomy, they took no issue with at first coercing me, and when I did not succumb to their methods, abusing their power by utilizing Defendant Meyers to unjustly arrest and detain me with no probable cause.

B. Emotional Distress: The degradation and humiliation of being arrested with no justifiable reason is only further compounded by the arrest occurring in my own community. I am a prominent fashion interior designer, youth leader, real estate architecture developer, and community activist. The tarnishing of my reputation by the defending parties has resulted in the loss of potential clients and mentorship opportunities.

C. Elder Neglect Claim: Defendant Meyer, then asked to speak with me, requesting that I lower my voice as to not alert bystanders to the present situation. He then informed me that based on a third-party account, he had arrived specifically to detain me on the premise of racial profiling, and not provide my mother assistance.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

It is my request that the court determine the appropriate monetary relief. It also is my request that the NYPD redeem their negligence in my case by instituting holistic police

reform, namely, community awareness programs, exploring de-escalation pathways, and bias training.  Had these mechanisms been present prior to my encounter with Officer Meyers, my mother would have received the care she needed, and I would not have been subject to such degradation and mistreatment.  In addition to the improvement of my condition, the implementation of these programs at an earlier date may have prevented the wrongful deaths of my fellow African Americans at the hands of a corrupt system.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 6/22/2020 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Thomas | G. | Bolling |
| First Name | Middle Initial | Last Name |
| 40 West 135th Street Apt. 2A | | |
| Street Address | | |
| New York | New York | 10037 |
| County, City | State | Zip Code |
| 3473733757 | | thomas.clarrett@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.