USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS BOLLING,                              :     18-CV-5406 (PGG) (RWL)
                                             :
                Plaintiff,           :
                                             :
       - against -                          :     **ORDER**
                                             :
CITY OF NEW YORK, et al.,                    :
                                             :
                Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 16, 2020, the Court approved a briefing schedule for Defendant's motion for summary judgment. (Dkt. 49.) Consistent with that scheduling order, Defendant filed a motion for summary judgment on August 14, 2020. Pursuant to the scheduling order, Plaintiff's opposition, if any, was due by September 14, 2020. No opposition appears on the docket. Accordingly, the Court sua sponte extends Plaintiff's time to respond to the motion to October 13, 2020. If Plaintiff does not file any opposition, the Court will determine the motion based on the existing record. Defendant's reply, if any, will be due by October 27, 2020.

In light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filing-documents-email. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. Pro se parties who are unable to use email may submit documents by regular mail or in person at a drop box at one of the designated courthouse locations in Manhattan

(500 Pearl Street) or White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

     Defendants are directed to serve a copy of this Order on *pro se* Plaintiff, Thomas Bolling.

                                             SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2020
       New York, New York