# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THOMAS BOLLING,

                Plaintiff,                         18 **CIVIL** 5406 (PGG)(RWL)

        -against-                        **JUDGMENT**

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, EMS,
DETECTIVE SHANNON MEYERS, and
POLICE OFFICER PETER CRANE,
                       Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 15, 2021, Plaintiff's objection is overruled, the R&R is adopted in its entirety, and Defendants' motion for summary judgment is granted. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
         March 15, 2021

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                     **BY:**        *K. Mango*

                                                  **Deputy Clerk**